Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Charles H. Stoddard* and *Paul Freeman* for petitioner. *Messrs. Edward S. Rogers* and *Robert T. McCracken* for respondent. See also 46 F. (2d) 964.

No. 548. PALERMO *v.* UNITED STATES. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Samuel Feller* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 558. KEYSTONE WAREHOUSING Co. *v.* PUBLIC SERVICE COMMISSION ET AL. January 23, 1933. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Robert T. McCracken* for petitioner. *Mr. John Fox Weiss* for respondents.

No. 560. CONKLIN *v.* LING ET AL. January 23, 1933. Petition for writ of certiorari to the District Court of Appeal, 2nd Appellate District, of California, denied. *Nadia Williams* for petitioner. No appearance for respondents.

No. 561. INTERNATIONAL SILVER Co. *v.* UNITED CHROMIUM, INC. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Brown Morton* for petitioner. *Messrs. Livingston Gifford* and *Gustave R. Thompson* for respondent.